349

No. 44493.—Protest 984071–G of Block House, Inc. (New York).

Opinion by Kincheloe, J.   It was stipulated that the merchandise in question is similar to that the subject of *Block House* v. *United States* (20 C. C. P. A. 408, T. D. 46233).   The claim as books at 25 percent under paragraph 1410 was therefore sustained.

No. 44494.—Protest 977611–G of Hawley & Letzerich (Galveston).

Opinion by Kincheloe, J.   It was found that the cards in question are not playing cards and therefore not dutiable under paragraph 1412.   On the record presented and from an examination of the sample it was held that they are dutiable as articles lithographically printed under paragraph 1406 at 30 cents per pound.

No. 44495.—Protest 785088–G of Nadel & Shimmel (New York).

Opinion by Kincheloe, J.   In accordance with stipulation of counsel and on the authority of Abstract 40493 the balloons in question were held dutiable as articles in part of bamboo at 45 percent under paragraph 409.

Tilson, J., dissented for the reasons stated in his dissenting opinion in *Goodacre* v. *United States* (5 Cust. Ct. 82, C. D. 374).

No. 44496.—Protest 780998–G of J. C. Penney Co., Inc. (St. Louis).

Opinion by Kincheloe, J.   It was stipulated that the merchandise consists of cotton table scarfs or runners similar to those the subject of *Ramallah* v. *United States* (T. D. 47681).   The claim at 40 percent under paragraph 923 was therefore sustained.

No. 44497.—Protest 765132–G of Wm. Goodacre & Sons, Ltd. (New York).

Opinion by Kincheloe, J.   It was stipulated that the merchandise consists of cocoa fiber mats in part of braid the same as those the subject of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93).   The claim at 90 percent under paragraph 1529 was therefore sustained.

Tilson, J., dissented, citing his opinion in *Goodacre* v. *United States* (5 Cust. Ct. 82, C. D. 374).